JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNDON PARTNERS LLC, a limited liability corporation, and PAUL OWHADI, an Individual, | Case No. 2:15-cv-08605-FMO-KS |
| | [Honorable Fernando M. Olguin] |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| LEGRAND HOME SYSTEMS, INC., a corporation | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: ___March 25_____, 2016

_____
_/s/_
Honorable Fernando M. Olguin
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30066073.1

[PROPOSED] ORDER RE DISMISSAL
2:15-CV-08605-FMO-KS